2014-1431, -1462

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

THE DOW CHEMICAL COMPANY

*Plaintiff-Cross Appellant*,

v.

NOVA CHEMICALS CORPORATION (CANADA) and
NOVA CHEMICALS, INC. (DELAWARE),

*Defendant-Appellants*.

## UNOPPOSED MOTION FOR AN ENLARGEMENT
## OF TIME TO FILE ITS RESPONSE BRIEF

Plaintiff-Cross Appellant, The Dow Chemical Company ("Dow") respectfully files this motion for an enlargement of time to file its response brief.

Dow's response brief is currently due on September 5, 2014. Dow requests a thirty-day extension until October 6, 2014. Counsel for Defendant-Appellants NOVA Chemicals Corporation (Canada) and NOVA Chemicals Inc. (Delaware) (collectively "NOVA") has been contacted about this motion and has informed Dow that it will not oppose this motion.

In support of its motion, Plaintiff-Cross-Appellant states as follows:

1. The district court entered an order of final judgment on April 14, 2014. NOVA filed a Notice of Appeal on April 23, 2014. The appeal was docketed in this Court on April 25, 2014. Dow filed a Notice of Cross-Appeal on May 1, 2014 which was docketed on May 8, 2014.

2. NOVA's principal brief was filed on July 24, 2014.

3. Dow's response brief is currently due on September 5, 2014. This is Dow's first request for an extension of time.

4. Dow needs additional time to complete its response brief and has good cause for seeking a thirty-day extension of time until October 6, 2014.

5. The requested extension is required because various counsel integrally involved in the appeal are unavailable in the relevant time period due to other matters. Specifically, counsel who will play a major role in writing the response brief are involved in the following matters: (1) *Everlight Elecs. Co., Ltd., et al. v. Nichia Corp. et al.*, No. 12-11758-GAD (E.D. Mich.) for which there is a *Daubert* hearing on August 15, 2014 and a summary judgment hearing on September 2, 2014; (2) *The Medicines Co., Inc. v. Hospira Inc.*, No. 2014-1469 (Fed. Cir.), for which an appellate brief is due on September 26, 2014; (3) *NOVA Chems. Corp et al. v. The Dow Chem. Co.*, No. 13-160-LPS (D. Del.), for which there is a motion due on September 5, 2014; (4) *In re HRD Corp.*, Bankruptcy Petition No. 13-36238 (S.D. Tex.), for which counsel has hearings on August 13,

2014 and September 3, 2014; (5) *Dow Chem. Canada Inc., et al. v. HRD Corp.*, No. 13-2074 (3d Cir.), for which there is an oral argument in the Third Circuit on September 8, 2014.

      6.    Counsel for Dow has contacted counsel for NOVA, who has stated that NOVA does not oppose this motion.

For the foregoing reasons, Dow respectfully requests that the Court grant the requested extension of thirty days, up to and including October 6, 2014, within which to file its response brief.

A proposed order is attached.

                                                                         Respectfully submitted,

Date: August 8, 2014　　　　　　　　　　　　　/s/ Paul D. Margolis

                                        Harry J. Roper
                                        Aaron A. Barlow
                                        Paul D. Margolis
                                        **JENNER & BLOCK LLP**
                                        353 N. Clark Street
                                        Chicago, IL 60654
                                        (312) 222-9350 (phone)
                                        (312) 527-0484 (fax)
                                        hroper@jenner.com
                                        abarlow@jenner.com
                                        pmargolis@jenner.com

                                        Raymond N. Nimrod
                                        Gregory D. Bonifield
                                        **QUINN EMANUEL URQUHART**
                                        **& SULLIVAN LLP**
                                        51 Madison Avenue
                                        New York, NY 10010

(212) 849-7000 (phone)
raynimrod@quinnemanuel.com
gregbonified@quinnemanuel.com

Attorneys for Plaintiff-Cross Appellant
The Dow Chemical Company

Case: 14-1431  Document: 26  Page: 4  Filed: 08/08/2014

2014-1431, -1462

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

THE DOW CHEMICAL COMPANY

           *Plaintiff-Cross Appellant*,

v.

NOVA CHEMICALS CORPORATION (CANADA) and
NOVA CHEMICALS, INC. (DELAWARE),

           *Defendant-Appellants*.

_____

## [Proposed] ORDER

UPON CONSIDERATION of the Motion of Plaintiff-Cross Appellant for an enlargement of time within which to file their response brief, it is

It is ORDERED that:

The Motion is GRANTED, and Plaintiff-Cross Appellant's brief shall be due on or before October 6, 2014.

           FOR THE COURT:

           _____

Date: _____

2014-1431, -1462

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

THE DOW CHEMICAL COMPANY

*Plaintiff-Cross Appellant*,

v.

NOVA CHEMICALS CORPORATION (CANADA) and
NOVA CHEMICALS, INC. (DELAWARE),

*Defendant-Appellants*.

## DECLARATION OF PAUL D. MARGOLIS

In support of the Motion of Plaintiff-Cross Appellant for a Thirty-Day Extension of Time to File Its Response Brief, and in accordance with Federal Circuit Rule 26(b)(5), counsel states as follows:

1.  I, Paul D. Margolis, am a partner at the law firm of Jenner & Block, LLP, 353 N. Clark Street, Chicago, IL 60654.  I am a member of the bar of this Court and an attorney for Plaintiff-Cross Appellant, The Dow Chemical Company ("Dow").

2. Dow is requesting a thirty-day extension of time within which to file its response brief. This is Dow's first request for an extension of time.

3. There is good cause for the requested extension of time, given the large number of other pressing matters to which Dow's counsel must attend.

4. All of the facts set out in Dow's motion for a thirty-day extension of time are true and correct and are based either on my personal knowledge or, in the case of the schedule of other Jenner & Block attorneys, on facts provided to me from those attorneys.

5. Counsel for Dow has contacted counsel for Defendant-Appellant, who does not oppose this motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of August, 2014.

    /s/ Paul D. Margolis
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 923-8323
Facsimile: (312) 923-8423
pmargolis@jenner.com

*Counsel for Plaintiff-Cross Appellant*
*The Dow Chemical Company*

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

THE DOW CHEMICAL COMPANY v. NOVA CHEMICALS CORPORATION (CANADA) and NOVA CHEMICALS INC. (DELAWARE)

No. 2014-1431

CERTIFICATE OF INTEREST

Counsel for the cross-appellant certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

   The Dow Chemical Company

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   Not applicable

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   The Dow Chemical Company

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

   JENNER & BLOCK LLP - Harry J. Roper, Aaron A. Barlow, Steven R. Trybus, Paul D. Margolis, Sara Tonnies Horton, Jamie B. Keating.

   QUINN EMANUEL URQUHART & SULLIVAN LLP - Raymond N. Nimrod, Gregory D. Bonifield, Joseph Milowic III, Joshua S. Reisberg.

   MORRIS NICHOLAS ARNST & TUNNELL LLP - Rodger D. Smith II.

   MAYER BROWN - Michael A. Olsen

- 2 -

August 8, 2014                                  /s/ Paul D. Margolis
        Date                                  Signature of Counsel


                                             Paul D. Margolis_____
                                             Printed Name of Counsel

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Motion for Enlargement of Time to File Its Response Brief using the Court's CM/ECF filing system. Counsel registered with the CM/ECF systems were served by operation of the Court's CM/ECF system per Fed. R. App. P. 25 and Fed. Cir. R. 25(c) on August 8, 2014. Counsel not registered with this Court's CM/ECF system will be served via email.

>   DONALD R. DUNNER
>   MARK J. FELDSTEIN
>   RONALD A. BLEEKER
>   DARREL C. KARL
>   FINNEGAN, HENDERSON, FARABOW,
>   GARRETT & DUNNER, LLP
>   901 New York Avenue, NW
>   Washington, DC 20001
>   (202) 408-4000
>   Don.Dunner@finnegan.com
>   Mark.Feldstein@finnegan.com
>   Ronald.Bleeker@finnegan.com
>   Darrel.Karl@finnegan.com

>       /s/ Paul D. Margolis
>   Attorney for Plaintiff-Cross Appellant
>   The Dow Chemical Company